478 A.2d 123

Commonwealth v. Toy, Appellant.

Submitted April 2, 1984.   John J. Garagozzo, for

appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order affirmed.